**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Maurice BYNUM, a/k/a Dog Boy, Defendant–Appellant.**

No. 11–7671.

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2012.

Decided: April 3, 2012.

Maurice Bynum, Appellant Pro Se. Stacey Denise Haynes, Robert Claude Jendron, Jr., Mark C. Moore, Stanley Duane Ragsdale, Assistant United States Attorneys, Columbia, South Carolina, for Appellee.

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurice Bynum appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion to reduce his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Bynum,* No. 3:09–cr–00826–CMC–17 (D.S.C. Nov. 8, 2011). We dispense with oral argument

because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*